**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-1789 (BRL)<br><br>Substantively Consolidated |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>HSBC BANK PLC, *et al.*,<br><br>　　　　　Defendants. | Adv. Pro. No. 09-1364 (BRL) |

**NOTICE OF MOTION OF DEFENDANT PRIMEO FUND TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 157(d) defendant Primeo Fund ("Primeo") hereby moves to withdraw the reference of this action to the bankruptcy court.

ny-987245

Dated: New York, New York  MORRISON & FOERSTER LLP
September 19, 2011

By:    /s/ Gary S. Lee

Gary S. Lee (glee@mofo.com)
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy (ldearcy@mofo.com)
Angela T. Rella (arella@mofo.com)
Michael Gerard (mgerard@mofo.com)

1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8042
Facsimile: (212) 468-7900

*Attorneys for Defendant Primeo Fund*

ny-987245