**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>*Debtor.* | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HSBC BANK PLC, *et al.*<br><br>*Defendants.* | Adv. Pro. No. 09-1364 (BRL) |

### DECLARATION OF DAVID S. FLUGMAN IN SUPPORT OF HERALD FUND SPC'S MOTION TO WITHDRAW THE REFERENCE

David S. Flugman declares as follows:

1. I am a member of the bar of this Court and an associate of the law firm of Kirkland & Ellis LLP, counsel for Herald Fund SPC in the above-captioned action.

2. I respectfully submit this declaration in support of Herald Fund SPC's Motion to Withdraw the Reference of the above-captioned adversary proceeding to the Bankruptcy Court, and to place before the Court true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A | Amended Complaint, *Picard v. HSBC, et al.*, Adv. Pro. No. 09-1364 (BRL) (Bankr. S.D.N.Y. filed Dec. 5, 2010) |
| EXHIBIT B | Second Amended Complaint, *Picard v. Herald Fund SPC*, Adv. Pro. No. 09-1359 (BRL) (Bankr. S.D.N.Y. filed Oct. 13, 2009) |

| | |
|---|---|
| EXHIBIT C | Order Dismissing Adversary Proceeding No. 09-1359 (BRL) Without Prejudice (filed in Adv. Pro. No. 09-1359 (BRL), Bankr. S.D.N.Y. on Jan. 24, 2011) |
| EXHIBIT D | Memorandum of Law in Opposition to Herald Fund SPC's Motion to Dismiss the Second Amended Complaint (filed in Adv. Pro. No. 09-1359 (BRL), Bankr. S.D.N.Y. on Nov. 13, 2009) |
| EXHIBIT E | Memorandum of Law in Opposition to the Sterling Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (filed in Adv. Pro. No. 10-5287 (BRL), Bankr. S.D.N.Y. on May 19, 2011) |
| EXHIBIT F | Trading Authorization for BLMIS Account No. 1FR109 |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of September 2011.

*/s/ David S. Flugman*
David S. Flugman