**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>HSBC BANK PLC, *et al.*,<br><br>               Defendants. | Adv. Pro. No. 09-01364 (SMB) |

## STIPULATION AND ORDER

Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa-*lll* ("SIPA"), substantively consolidated with the chapter 7 estate of Bernard L. Madoff, and defendant HSBC Securities Services (Luxembourg) S.A. ("HSSL") (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on November 16, 2020, the Trustee filed a motion seeking the issuance of a Letter of Request requesting documents from HSSL, a Luxembourg entity (ECF No. 648) (the "Motion");

**WHEREAS,** the Parties have continued to meet and confer and have agreed on an adjusted briefing schedule to allow for further discussions on the Motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1. The deadline to file an objection to the Motion is adjourned from February 19, 2021 to March 24, 2021;

2. The deadline to file a reply is adjourned from March 5, 2021 to April 16, 2021;

3. The hearing date for the motion is adjourned from March 10, 2021 to a date acceptable by the Court following completion of briefing; and

4. This stipulation is without prejudice to the arguments of either HSSL or the Trustee, including but not limited to that the Court lacks personal jurisdiction over HSSL.

*Remainder of Page Intentionally Left Bank*

Dated: February 18, 2021
New York, New York

| | |
|---|---|
| */s/ Oren J. Warshavsky* | */s/ Nowell D. Bamberger* |
| **BAKER & HOSTETLER LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 45 Rockefeller Plaza | |
| New York, New York 10111 | Nowell D. Bamberger |
| Telephone: (212) 589-4200 | (admitted *pro hac vice*) |
| Facsimile: (212) 589-4201 | 2112 Pennsylvania Avenue, N.W. |
| David J. Sheehan | Washington, D.C. 20037 |
| Email: dsheehan@bakerlaw.com | Telephone: (202) 974-1500 |
| Oren J. Warshavsky | Facsimile: (202) 974-1999 |
| Email: owarshavsky@bakerlaw.com | Email: nbamberger@cgsh.com |
| Michelle R. Usitalo | |
| Email: musitalo@bakerlaw.com | One Liberty Plaza |
| | New York, New York 10006 |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | Telephone: (212) 225-2000 |
| | Facsimile: (212) 225-3999 |
| | Thomas J. Moloney |
| | Email: tmoloney@cgsh.com |
| | Joseph M. Kay |
| | Email: jkay@cgsh.com |
| | |
| | *Attorneys for HSBC Securities Service (Luxembourg) S.A.* |

So Ordered This 18th Day of February, 2021

/s/ Stuart M. Bernstein
Honorable Stuart M. Bernstein
United States Bankruptcy Judge